# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RHENETTA BELCHER-BEY,       )
                            )
        Plaintiff,       )   Case No. 2:12-cv-01829-JAD-CWH
                            )
vs.                         )   **ORDER**
                            )
ERIC BROWN, *et al.*,       )
                            )
        Defendants.      )
_____)

      This matter is before the Court on Plaintiff's Motion for Permission to Participate in Electronic Case Filing (#25), filed on September 6, 2013. Pursuant to the United States District Court of the District of Nevada's Special Order #109, the ability to file and receive notices electronically is reserved for attorneys unless the court grants a non-attorney authorization to use the electronic filing system (CM/ECF). Plaintiff may only receive electronic notices by obtaining an account with CM/ECF. The Court will grant Plaintiff's request as long as she reviews the requirements for electronic filing and agrees to abide by them. Additionally, Plaintiff requests that her telephone number be updated.

      Based on the foregoing and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Permission to Participate in Electronic Case Filing (#25) is **granted**.

      **IT IS FURTHER ORDERED** that Plaintiff must comply with the following procedures in order to activate her CM/ECF account:

    a.    On or before **October 9, 2013**, Plaintiff must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b.    Plaintiff is not authorized to file or receive notices electronically until said certification

1 | is filed with the Court within the time frame specified.
2 |     c.     Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the
3 | CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.
4 | **IT IS FURTHER ORDERED** that the Clerk of the Court shall update Plaintiff's telephone
5 | number to 702-701-2660.
6 | DATED this 9th day of September, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**